# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAZZLYN LAVETTE O'NEAL-ROBINSON and JAMES DENNIS ROBINSON III,<br><br>Plaintiff<br><br>v.<br><br>THE KROGER CO.,<br><br>Defendant | Case No.: 2:26-cv-00452-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that the plaintiffs' certificate of interested parties (ECF No. 9) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiffs' citizenship for diversity purposes as required by that rule.

I FURTHER ORDER the plaintiffs to file a proper certificate of interested parties by March 23, 2026.

DATED this 9th day of March, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE