GERALD I. GILLOCK, ESQ.
Nevada Bar No. 51
MICHAEL H. COGGESHALL, ESQ.
Nevada Bar No. 14502
DANIEL J. MCADOREY, ESQ.
Nevada Bar No. 15433
**GILLOCK & COGGESHALL**
428 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 386-0000
Facsimile: (702) 385-2604
gillock@gmk-law.com
mcoggeshall@gmk-law.com
dmcadorey@gmk-law.com

SAMUEL MIREJOVSKY, ESQ.
Nevada Bar No. 13919
ASHLEY M. WATKINS, ESQ.
Nevada Bar No. 13981
**SAM & ASH, LLP**
1108 S. Casino Center
Las Vegas, Nevada 89104
Telephone: (702) 820-4000
Facsimile: (702) 820-4444

*Attorneys for Plaintiff*

GILLOCK & COGGESHALL
428 South Fourth Street
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAZZLYNN LAVETTE O'NEAL-ROBINSON, Individually; and JAMES DENNIS ROBINSON III, Individually;<br><br>Plaintiffs,<br><br>vs.<br><br>THE KROGER CO., a foreign corporation d/b/a SMITH'S; DOE INDIVIDUALS I through X, inclusive; and ROE COMPANIES I through X, inclusive,<br><br>Defendant. | CASE NO.:    2:26-CV-00452-APG-EJY<br><br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, JAZZLYNN LAVETTE O'NEAL-ROBINSON and JAMES DENNIS ROBINSON, by and through their attorney of record, Daniel J.

1

McAdorey, Esq., and Defendant, THE KROGER CO. d/b/a SMITH'S, by and through it's attorney of record, Jerry S. Busby, Esq., that Plaintiffs may amend their Complaint to remove this Defendant and instead name SMITH'S FOOD & DRUG CENTERS, INC. Plaintiff's First Amended Complaint is attached as Exhibit 1. Plaintiffs hereby further agree to dismiss without prejudice the claims against THE KROGER CO., and each party agrees to be responsible for their own attorneys' fees.

| Dated this 27th day of March, 2026. | Dated this 27th day of March, 2026. |
|---|---|
| **GILLOCK & COGGESHALL** | **COOPER LEVENSON, P.A** |
| By:   */s/  Daniel J. McAdorey*<br>    GERALD I. GILLOCK, ESQ.<br>    Nevada Bar No. 51<br>    MICHAEL H. COGGESHALL, ESQ.<br>    Nevada Bar No. 14502<br>    DANIEL J. MCADOREY, ESQ.<br>    Nevada Bar No. 15433<br>    428 South Fourth Street<br>    Las Vegas, NV  89101<br>    *Attorneys for Plaintiffs* | By:   */s/  Leo T. Hendges*<br>    JERRY S. BUSBY, ESQ.<br>    Nevada Bar No. 001107<br>    LEO T. HENDGES, ESQ.<br>    Nevada Bar No. 16034<br>    3016 West Charleston Blvd. #195<br>    Las Vegas, NV  89102<br>    *Attorneys for Defendant* |

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date:  March 30, 2026