JERRY S. BUSBY
Nevada Bar #001107
LEO T. HENDGES
Nevada Bar #016034
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
lhendges@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAZZLYNN LAVETTE O'NEAL-ROBINSON, Individually; and JAMES DENNIS ROBINSON III, Individually;<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. a foreign corporation d/b/a SMITH'S; DOE INDIVIDUALS I through X, inclusive; and ROE COMPANIES I through X, inclusive,<br><br>Defendant. | Case No. 2:26-cv-00452-APG-EJY<br><br>**STIPULATION AND ORDER FOR <u>DISMISSAL WITH PREJUDICE</u>** |

WHEREAS, all parties and their counsel have agreed upon a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between Leo T. Hendges, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and Michael H. Coggeshall, Esq. of the law firm GILLOCK & COGGESHALL as counsel of record for Plaintiffs JAZZLYNN LAVETTE O'NEAL-ROBINSON and JAMES DENNIS ROBINSON III as follows:

1. That the claims herein of Plaintiffs JAZZLYNN LAVETTE O'NEAL-ROBINSON and JAMES DENNIS ROBINSON III against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

2. That this Stipulation and Order for Dismissal resolves all pending claims in this lawsuit, and the matter can be closed.

Respectfully submitted this 14th day of October, 2026.

GILLOCK & COGGESHALL

/s/ Michael H. Coggeshall
MICHAEL H. COGGESHALL, ESQ.
Nevada Bar No. 14502
428 South Fourth Street
Las Vegas, Nevada 89101
(702) 386-0000
Attorneys for Plaintiffs
JAZZLYNN LAVETTE O'NEAL-ROBINSON
JAMES DENNIS ROBINSON III

COOPER LEVENSON, P.A.

/s/ Leo T. Hendges
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
LEO T. HENDGES, ESQ.
Nevada Bar No. 016034
3016 West Charleston Blvd., #195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**ORDER**

IT IS SO ORDERED. Case dismissed with prejudice.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Dated: October 19, 2026

Submitted By:

COOPER LEVENSON, P.A.

/s/ Leo T. Hendges
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
LEO T. HENDGES, ESQ.
Nevada Bar No. 016034
3016 West Charleston Blvd., #195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.